# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

```
FILED
CLERK, U.S. DISTRICT COURT

8/15/22

CENTRAL DISTRICT OF CALIFORNIA
BY:    WH        DEPUTY
```

**JS-6**

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  PSG

From: Chris Sawyer _____ , Deputy Clerk     Date Received: 8/9/22

Case No.: MC22-148 _____     Case Title: In Re: Redemption Of Kristopher Dean

Document Entitled: Notice Of Garnishment.

---

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 5-4.1      Documents must be filed electronically
☐ Local Rule 6-1       Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
☐ Local Rule 7.1-1     No Certification of Interested Parties and/or no copies
☐ Local Rule 11-3.1    Document not legible
☐ Local Rule 11-3.8    Lacking name, address, phone, facsimile numbers, and e-mail address
☐ Local Rule 11-4.1    No copy provided for judge
☐ Local Rule 11-6      Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8      Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 15-1      Proposed amended pleading not under separate cover
☐ Local Rule 16-7      Pretrial conference order not signed by all counsel
☐ Local Rule 19-1      Complaint/Petition includes more than 10 Does or fictitiously named parties
☐ Local Rule 56-1      Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2      Statement of genuine disputes of material fact lacking
☐ Local Rule 83-2.5    No letters to the judge
☐ Fed. R. Civ. P. 5    No proof of service attached to document(s)
☑ Other:   Because this document is not directly or indirectly related to a civil or criminal case pending
within this district or another district, judicial determination is required. Improper miscellaneous
case initiating document.
**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐   The document is to be filed and processed.  The filing date is ORDERED to be the date the document was stamped
"received but not filed" with the Clerk.  Counsel* is advised that any further failure to comply with the Local Rules may
lead to penalties pursuant to Local Rule 83-7.

_____          _____
Date                              U.S. District Judge / U.S. Magistrate Judge

☑   The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.*  Counsel* shall
immediately notify, in writing, all parties previously served with the attached documents that said documents have **not**
been filed with the Court.
August 15, 2022

_____          _____
Date                              U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

**COPY 1 -ORIGINAL-OFFICE      COPY 2 -JUDGE      COPY 3 -SIGNED & RETURNED TO FILER      COPY 4 -FILER RECEIPT**



United States District Court
for the Central District of California
350 W 1st Street, Suite 4311
Los Angeles, CA 90012-4565

In Re; **Redemption of Kristopher Dean**
*On and for the behalf of the*
UNITED STATES

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT

AUG - 9 2022

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

*Miscellaneous* **22-mc-148**

**Refusal for Cause** Amended

**NOTICE of Garnishment Rule B(1)(c) Certificate of Exigent Circumstances**

      **COMES NOW**, Kristopher Dean of the family CAMPBELL and Redeemed. Demand is

made for redemption of central banking currency in Lawful Money in all transactions pursuant to

Title 12 USC §411 as amended from §16 of the 1913 Federal Reserve Act. Service to the agent

is service to the principal and vice versa. The law is clear - one must make demand for lawful

money clear to the Treasury of the United States.

      Dear Clerk of Court;

      A prior Refusal for Cause 22-mc-33 read: *Rule B(1)(c) allows for garnishment actions*

*against Janet Louise YELLEN and her agents. In most cases service to the agent is enough.*

*Presently it is determined that Notice of Demand for Lawful Money shall be upon the Secretary*

*of the Treasury in her capacity as United States Governor of the International Monetary Fund.*

*Please file this Refusal for Cause on the CP15 Letter expressing "Notice date June 6, 2022".*

*Thank you in advance for your professionalism.*

      A 3175C Letter dated July 25, 2022 is hereby Refused for Cause timely. The original

1

letter is being mailed to the US Treasury to Janet Louise YELLEN as the US Governor for the International Monetary Fund so that any proper adjustments may be made for my refund of withholdings, including any penalties and interest. The original clerk instruction is to be filed in miscellaneous case 22-mc-33 or a new case file, according to the (inappropriate) legal advice from the clerk of court. The legal citations on the 3175C Letter do not apply to redeemed lawful money and redemption of mind in general.

Additionally, any and all deviant oaths of office are refused for cause timely. Amidst the specificity required of trained attorneys and judicial officers changing "So help me God." to "SO HELP ME GOD." is strong evidence of fraud. The evidence in good faith, that I have attempted to find the Philip Steven GUTIERREZ oath of office, the online confirmation, is attached.

The law says that all that is required of me is, "They shall be redeemed in lawful money on demand at the Treasury of the United States..." And so it is.

_____
Kristopher Dean



SEE ATTACHED CERTIFICATE
Signature of Notary Public

My commission expires _____

# ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____ Los Angeles _____ )

On __AuGust 5, 2o22___ before me, _Joon Kim Notary Public_____
                                         (insert name and title of the officer)

personally appeared ____KRISTOPHER DEAN_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ **(Seal)**

JOON KIM
Notary Public - California
Los Angeles County
Commission # 2390584
My Comm. Expires Feb 9, 2026

3

## Certificate of Mailing

US Treasury - Janet Louise YELLEN       Registered Mail # US
US Governor for the International Monetary Fund          RF 231 966 672 US
1500 Pennsylvania Avenue NW
city of Washington, District of Columbia. 20220

Department of the Treasury            Registered Mail # US
Internal Revenue Service                   RF 231 966 669 US
Frivolous Return Program - Stop 4450
Ogden, Utah  84201-0059

4

8

The first section of H.R. 13955 amends the Bretton Woods Agreements Act by adding Sections 24, 25 and 26 to the Act. Section 24 is the key section. It authorizes the U.S. Governor of the International Monetary Fund, the Secretary of the Treasury, to accept the amendments to the Articles of Agreement of the Fund. These amendments to to Articles are contained in the IMF Board of Governors resolution 31–4. It is this document that contains the provisions that move the exchange rate system from a fixed rate system to a floating rate system, substantially reduce the role of gold in the international monetary system, expand the quotas of the Fund by 33.6 percent, establish a Trust Fund and more lenient access to the Fund's resources, and modernize the operations of the Fund to include authority to create a Fund Council. The Council would be composed of finance ministers and would replace the current Interim Committee.

Section 25 specifically authorizes the increase in the U.S. quota in the IMF. The increase is 1.705 million Special Drawing Rights (SDR) or approximately $2 billion. The SDR value is based on an average daily value of 16 international currencies and fluctuates daily. Presently, the U.S. quota is SDR 6.700 or approximately $8 billion. The U.S. quota expansion is less than the general one-third expansion of the Fund's resources, therefore the U.S. percentage in the Fund drops from 22.93 percent to 21.53 percent. Roughly every five years since 1958–59, the Fund's resources have been increased to keep in step with the growth of international monetary resources and trade. This one-third increase is the fourth expansion.

Section 26 was added on the floor of the House of Representatives. It instructs the U.S. Governor to the IMF to vote against the formation of the new IMF Council if the Council will not follow the practice of weighted voting. Weighted voting provisions of the Fund are stated in Article XII, Section 5. They apply to all organs of the Fund and all votes. The addition of Article 26 has the effect of expressing the sentiment of the Congress that weighted voting in the Council is desirable.

Section 2 of H.R. 13955 was inserted by House Committee action and amends Section 3 of the Bretton Woods Agreements Act. Section 3 deals with the "Appointment of Governors, Executive Directors, and Alternates." The amendment anticipates the formation of the IMF Council by stipulating that if the Council is formed, the U.S. Governor of the Fund will serve as Councilor and have the authority to designate an alternate and associates. The second part of the amendments prohibits the Councilor, his alternate or associates from receiving salary or other compensation from the U.S. Government. This is standard language for all U.S. legislation on international financial institutions. The U.S. Secretary of the Treasury receives no compensation for representing the United States. The other positions are paid by the institution. The provision prohibits double salary payments.

The third section is a House provision which amends Section 5 of the original Act. Section 5 prohibits specific acts of the Executive Branch without prior Congressional authorization. H.R. 13955 amends Section 5 by adding part (g). Part (g) will prohibit the U.S. Governor to vote for the establishment of any new trust funds at the IMF without the prior approval of the Congress. The amendment reflects House sentiment that the Trust Fund, with its concessional lending

# Supreme Court of the United States

No. ----- October Term, 1985

I, WILLIAM H. REHNQUIST, do solemnly swear that I
will administer justice without respect to persons, and do
equal right to the poor and to the rich, and that I will
faithfully and impartially discharge and perform all the
duties incumbent upon me as Chief Justice of the United States
according to the best of my abilities and understanding,
agreeably to the Constitution and laws of the United States.

So help me God.

*William H. Rehnquist*

Subscribed and sworn to before me this
this twenty-sixth day of September, 1986.

*Warren E. Burger*

6

Case 2:22-mc-000■UA   Document 1   Filed 04/15/22   Page 5 of 17   Page ID #:5

## OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____ Cormac __ __ Carney _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as __ United States District Judge _____ under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.

So Help Me God.

_(signature)_
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

Subscribed and sworn to (or affirmed) before me this .... 30th .......................... day
of ...... April ................... 2003 ......

FOIA EXEMPTION __b6__

_(signature)_
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Actual abode ███████████

Official station* .. Santa Ana, California .......

Date of birth .. May 6, 1959 ..................

Date of entry on duty .. April 30, 2003 .........

*Title 28, sec. 456 United States Code, as amended.

7

USPS.COM

Send    Receive    Shop    Business    International    Help    Q

## USPS Tracking

Track Another Package +

**Tracking Number:** FP3199487269US

**Status**

✓ Delivered, Individual Picked Up at Postal Facility

Get Updates ✓

Delivered

Text & Email Updates

Tracking History

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Agent Janit Lowte Yellen
Treasury of the United States
1500 Pennsylvania ave, nw
Washington D.C. 20220

9590 9402 7227 1284 7949 84

2. Article Number (Transfer from service label)

121-291-966-326-05

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

RECEIVED

MAY 0 5 2022

FRF 303

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053       Domestic Return Receipt

8

**No signature from the Treasury Delivery, and a month delay for delivery to the agent. Illegal breach of trust by the USPS!**

**This obfuscation of legal process is intentional to delay and divert a proper refund. Ergo this is properly garnishing YELLEN in her personal capacity should she not send a timely refund check.**



9

**Tracking Number:** 9590940272271284784984

**Status**

✅ **Delivered, In/At Mailbox**

Your item was delivered in or at the mailbox at 1:26 pm on May 13, 2022 in VALLEY VILLAGE, CA 91607.

USPS Tracking Plus² Available ⌄

Get Updates ⌄

Delivered

Text & Email Updates                                              ⌄

Tracking History                                                 ⌃

**May 13, 2022, 1:26 pm**
Delivered, In/At Mailbox
VALLEY VILLAGE, CA 91607
Your item was delivered in or at the mailbox at 1:26 pm on May 13, 2022 in VALLEY VILLAGE, CA 91607.

**May 12, 2022, 2:52 am**
Departed USPS Regional Facility
SANTA CLARITA CA DISTRIBUTION CENTER

**May 11, 2022, 1:16 am**
Arrived at USPS Regional Facility
SANTA CLARITA CA DISTRIBUTION CENTER

**May 10, 2022, 8:51 am**
Departed USPS Regional Facility
SALT LAKE CITY UT NETWORK DISTRIBUTION CENTER

**May 9, 2022, 6:13 pm**
Arrived at USPS Regional Facility
SALT LAKE CITY UT NETWORK DISTRIBUTION CENTER

**February 28, 2022, 8:46 am**
Return Receipt Associated

10

# USPS Tracking®

Tracking    FAQs ›

Track Another Package  +

 Track Packages
Anytime  Anywhere

Get the free Informed Delivery® feature to receive automated notifications...

Learn More

**Tracking Number:** 9590940272271284794984

Remove ✕

**Status**

Your item was delivered in or at the mailbox at 1:26 pm on May 18, 2022 in VALLEY VILLAGE, CA 91607.

 **Delivered, In/At Mailbox**

May 18, 2022 at 1:26 pm
VALLEY VILLAGE, CA 91607

USPS Tracking Plus® Available ∨

Get Updates ∨

Delivered

| Text & Email Updates | ∨ |
|---|---|
| Tracking History | ∨ |
| USPS Tracking Plus® | ∨ |
| Product Information | ∨ |

See Less ∧

11

 **IRS** Department of the Treasury
Internal Revenue Service
Frivolous Return Prog., Stop 4450
OGDEN  UT,  84201-0059

KRISTOPHER D CAMPBELL
12729 RIVERSIDE DR APT 311
VALLEY VLG  CA  91607-3381



CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

✂ The IRS address must appear in the window.   Use for payments
                           1486900000
                                              Letter Number: LTR3175C
      BODCD-                                   Letter Date  : 2022-07-2!
                                              Tax Period   : 000000

KRISTOPHER D CAMPBELL
12729 RIVERSIDE DR APT 311
VALLEY VLG  CA  91607-3381

INTERNAL REVENUE SERVICE
Frivolous Return Prog., Stop 4450
OGDEN  UT  84201-0059

VY CAMP 00 0 000000 670 0000000000

12

**IRS** Department of the Treasury
Internal Revenue Service

Frivolous Return Prog., Stop 4450
OGDEN   UT  84201-0059

In reply refer to:  1486900000
July 25, 2022  LTR 3175C    0
***-**-3893   000000 00
Input Op:  1483324354 00018554
                           BODC: WI

KRISTOPHER D CAMPBELL
12729 RIVERSIDE DR APT 311
VALLEY VLG  CA  91607-3381

Dear Taxpayer:

This is in reply to your correspondence received Apr. 29, 2020.

We have determined that the arguments you raised are frivolous and
have no basis in law. Federal courts have consistently ruled against
such arguments and imposed significant fines for taking such frivolous
positions.

If you persist in sending frivolous correspondence, we will not
continue to respond to it. Our lack of response does not convey
agreement or acceptance of the arguments stated. If you desire to
comply with the law concerning your tax liability, you are encouraged
to seek advice from a reputable tax practitioner or attorney.

The claims presented in your correspondence do not relieve you from
your legal responsibilities to file federal tax returns and pay taxes.
We urge you to honor those legal duties.

This letter advises you of the legal requirements for filing and
paying federal individual income tax returns and informs you of the
potential consequences of the position you have taken. Please observe
that the Internal Revenue Code (IRC) Sections listed below expressly
authorize IRS employees that act on behalf of the Secretary of the
Treasury to:

    1. examine taxpayer books, papers, records, or other data which may
       be relevant;

    2. issue summonses in order to gain possession of records so that
       determinations of tax liability can be made or for ascertaining
       the correctness of any return filed by  a person; and

    3. collect any such liability.

There are people who encourage others to violate our nation's tax laws
by arguing there is no legal requirement for them to file income tax
returns or pay income taxes. Their arguments are based on legal
statements taken out of context and on frivolous arguments that have
been repeatedly rejected by federal courts. People who rely on this
kind of information can ultimately pay more in tax, interest, and
penalties than they would have paid simply by filing correct tax

13

1486900000
July 25, 2022  LTR 3175C    0
***-**-3893  000000 00
Input Op:  1483324354 00018555

KRISTOPHER D CAMPBELL
12729 RIVERSIDE DR APT 311
VALLEY VLG  CA  91607-3381

returns.

People who violate the tax laws may be subject to federal criminal
prosecution and imprisonment. For information about the IRS criminal
enforcement program visit www.irs.gov/ciprograms.

The IRS is working with the United States Department of Justice and
state taxing authorities to ensure all taxpayers pay their lawful
share of taxes and to seek criminal indictments or civil enforcement
actions against people who promote or join in abusive and fraudulent
tax schemes.

We encourage you to read the enclosed Publication 2105, Why do I Have
to Pay Taxes?, and "The Truth about Frivolous Tax Arguments," located
at www.irs.gov/frivolous.

Below is general information on filing requirements and authority to
collect tax under Title 26 of the United States Code.
    - Section 6001 Notice or regulations requiring records, statements,
      and special returns
    - Section 6011 General requirement of return, statement, or list
    - Section 6012 Persons required to make returns of income
    - Section 6109 Identifying numbers
    - Section 6151 Time and place for paying tax shown on return
    - Section 6301 Collection authority
    - Section 6321 Lien for taxes
    - Section 6331 Levy and distraint
    - Section 7602 Examination of books and witnesses

IRC Section 6702(a) (Civil Penalty for Frivolous Tax Returns)
provides:

CIVIL PENALTY FOR FRIVOLOUS TAX RETURNS. A person shall pay a penalty
of $5,000 if -
    (1) such person files what purports to be a return of a tax imposed
        by this title but which -
        (A) does not contain information on which the substantial
            correctness of the self-assessment may be judged, or
        (B) contains information that on its face indicates that the
            self-assessment is substantially incorrect; and
    (2) the conduct referred to in paragraph (1) -
        (A) is based on a position which the Secretary has identified
            as frivolous under subsection (c), or
        (B) reflects a desire to delay or impede the administration of
            Federal tax laws.

14

1486900000
July 25, 2022  LTR 3175C   0
***-**-3893  000000 00
Input Op:  1483324354 00018556

KRISTOPHER D CAMPBELL
12729 RIVERSIDE DR APT 311
VALLEY VLG  CA  91607-3381


IRC Section 6702(e) also provides:

PENALTIES IN ADDITION TO OTHER PENALTIES - The penalties imposed by
this section shall be in addition to any other penalty provided by
law.

FOIA requests for Treasury Department records MUST meet the following
criteria before Treasury can take action:

- Be in writing and signed by the person making the request;
- State that the request is being made pursuant to the FOIA;
- Reasonably describe the records being requested;
- State the category of the requester for fee purposes (e.g.
  commercial, media, educational, scientific institutions, all
  other); and
- Be sent to the correct Central Processing Unit for processing.

Requests for IRS Policy and procedure agency documents that are not
already publicly available in the FOIA Library should be sent to:

    Internal Revenue Service
    Central Processing Unit
    Stop 211
    PO Box 621506
    Atlanta, GA 30362-3006
    Fax: 877-807-9215

Requests for personal or business tax records should be sent to:

    Internal Revenue Service
    Central Processing Unit
    Stop 93A
    PO Box 621506
    Atlanta, GA 30362
    Fax: 877-891-6035

For additional information, view the IRS FOIA Guidelines at
www.irs.gov/foiaguidelines.

- Contain an agreement to pay all fees that might be incurred;
- Prove that the requester is entitled to receive the records;
- Provide an address where the requester can be notified of the
  determination as to whether to grant the request;
- State whether the requester wants a copy of the records or
  only wants to inspect the records.

15

```
                                              1486900000
                          July 25, 2022  LTR 3175C   0
                          ***-**-3893  000000 00
                          Input Op:  1483324354 00018557
```

KRISTOPHER D CAMPBELL
12729 RIVERSIDE DR APT 311
VALLEY VLG  CA  91607-3381


You can get any of the forms or publications mentioned in this letter
by visiting our website at www.irs.gov/forms-pubs or by calling
800-TAX-FORM (800-829-3676).

If you have questions, you can call 866-883-0235.

If you prefer, you can write to the address at the top of the first
page of this letter.

When you write, include a copy of this letter and the hours we can
reach you in the spaces below.

Your telephone number (_____) _____  Hours _____

                              Sincerely yours,

                              Gardy Larochelle

                              Gardy Larochelle, Director
                              Return Integrity Verification Ops.

Enclosures:
Publication 1
Publication 2105

16

```
                                              1486900000
                              July 25, 2022  LTR 3175C   0
                              ***-**-3893  000000 00
                              Input Op:  1483324354 00018558
```

KRISTOPHER D CAMPBELL
12729 RIVERSIDE DR APT 311
VALLEY VLG  CA  91607-3381


PRIVACY ACT STATEMENT

Under the Privacy Act of 1974, we must tell you that our legal
right to ask for information is Internal Revenue Code sections 6001,
6011, 6012(a) and their regulations. They say that you must furnish
us with records or statements for any tax for which you are liable,
including the withholding of taxes by your employer.

We ask for information to carry out the Internal Revenue laws of
the United States, and you are required to give us this information.
We may give the information to the Department of Justice for civil
and criminal litigation, other federal agencies, states, cities, and
the District of Columbia for use in administering their tax laws.

If you don't provide this information, or provide fraudulent
information, the law provides that you may be charged penalties and,
in certain cases, you may be subject to criminal prosecution. We
may also have to disallow the exemptions, exclusions, credits,
deductions, or adjustments shown on the tax return. This could make
your tax higher or delay any refund. Interest may also be charged.

17

# Why Do I Have to Pay Taxes?

IRS

## Taxes Benefit Everyone

How are your tax dollars used to benefit the citizens of the United States? Which of these have you or your family used lately or will use in the future?

**Income and Outlays:** These pie charts show the relative size of the major categories of the federal income and outlays through Fiscal Year Feb. 2020.



Income
- Individual Income Tax
- Social Insurance and Retirement
- Corporate Income Tax
- Debt
- Miscellaneous
- Customs Duties
- Excise Tax



Outlays
- Social Security
- National Defense
- Medicare
- Health
- Income Security
- Net Interest
- Veteran's Benefits
- Education
- Transportation
- Other

## Know the Law

There have always been individuals who argue taxes are illegal. They use false, misleading, or unorthodox tax advice to gain followers. The courts have repeatedly rejected their arguments as frivolous and routinely impose penalities for raising such frivolous arguments. Make sure you "Know the Law."

**The United States Constitution,** Article 1, Section 8, Clause 1, states, "The Congress shall have the Power to lay and collect Taxes, Duties, Imposts and Excises to pay the Debts and provide for the common Defense and general Welfare of the United States."

**The Sixteenth Amendment to the Constitution,** ratified on February 3, 1913, states, "The Congress shall have the power to lay and collect taxes on income, from whatever source derived, without apportionment among the sev- eral States, and without regard to any census or enumeration."

**Congress** used the power granted by the Constitution and Sixteenth Amendment, and made laws requiring all individuals to pay tax.

**Congress** has delegated to the IRS the responsibility of administering the tax laws known as the Internal Revenue Code (the Code) and found in Title 26 of the United States Code. Congress enacts these tax laws, and the IRS enforces them.

**Sources of taxable income** are identified in the Code under Section 61, Gross Income Defined. The list of sources under this section is not all inclusive.

**Section 6702 of the Code** authorizes the IRS to impose a $5000 penalty against persons who submit frivolous tax returns or other documents.

18

# Don't Fall For These Arguments

While taxpayers have the right to contest their tax liabilities in the courts, taxpayers do not have the right to violate and disobey tax laws. Unscrupulous individuals and promoters advocating willful noncompliance with the tax laws have used a variety of false or misleading arguments for not filing and paying taxes. Here are some of the most common arguments:

**Constitutional Myths:** Filing a Form 1040 violates the Fifth Amendment right against self-incrimination or the Fourth Amendment right to privacy. Filing also violates the Thirteenth Amendment right against involuntary servitude and First Amendment rights based on moral or religious beliefs.

**Truth:** The courts have consistently held that disclosure of the type of routine financial information required on a tax return does not incriminate an individual or violate the right to privacy. Also, courts have consistently found that the First and Thirteenth Amendments do not provide rights to refuse to comply with federal tax laws.

**Internal Revenue Code Myths:** The filing and paying of tax is voluntary, or the Code doesn't apply to me because I am neither a government employee nor a resident of a sovereign state.

**Truth:** The term voluntary compliance means that each of us is responsible for filing a tax return when required and for determining and paying the correct amount of tax. The tax law is found in Title 26 of the United States Code. Section 6012 of the Code makes clear that only individuals whose income falls below a specified level do not have to file returns. While our tax system is based on self-assessment and reporting, compliance with tax laws is mandatory. State citizenship does not negate the applicability of the Code on individuals working and residing in the United States.

**Frivolous Credit Myths:** African and Native Americans can claim a special tax credit as reparations for slavery and other oppressive treatment.

**Truth:** There is no provision in the Code that allows taxpayers to claim reparation credits. Unless specifically provided for in the Code, no deduction or credit will be allowed.

**Compensation Myths:** Wages, tips, and other compensation received for personal services are not income because there is no taxable gain when a

person "exchanges" labor for money.

**Truth:** This argument has been consistently dismissed by the courts. Sources of taxable income are identified in the Code under Section 61, Gross Income Defined. Congress has determined that all income is taxable unless specifically excluded by some part of the Code. The list of sources under this section is not all inclusive.

**Fictional Legal Basis Myths:** Taxpayers are not required to file a federal income tax return because the instructions and regulations associated with the Form 1040 do not display an OMB control number as required by the Paperwork Reduction Act.

**Truth:** The courts have uniformly rejected this argument on different grounds. Some courts have simply noted that the PRA applies to the forms themselves, not to the instruction booklets, and because the Form 1040 does have a control number, there is no PRA violation.

**Trusts Myths:** Forming a business trust to hold your income and assets will avoid taxes. A family estate trust will allow you to reduce or eliminate your tax liability.

**Truth:** Establishing a trust, foreign or domestic, for the sole purpose of hiding your income and assets from taxation is illegal and will not absolve you of your tax liability.

## What does the IRS do to address willful noncompliance with U.S. tax laws?

1. Encourage taxpayers to self-correct their returns and comply with their tax obligations.

2. Vigorously apply both civil and criminal sanctions, including prosecution and prison sentence against those who persist in violating the tax laws.

**Report individuals or companies not complying with the tax laws to the IRS. For instructions, visit www.IRS.gov, and at the bottom of the page, click on "Tax Fraud & Abuse", then click on "IRS wants you to know about Schemes, Scams, and Cons", and finally near the bottom of the page, "How do you report Suspected Tax Fraud Activity?"**

Case 2:22-mc-00148-UA    Document 2    Filed 08/15/22    Page 21 of 31    Page ID #:46

4/6/22, 8:03 AM Case 2:22-mc-00082-UA    Document 1    Filed 04/15/22    Page 14 of 17    Page ID #:14
FOIA.gov - Freedom of Information Act: Create a request


An official website of the United States government
Here's how you know

⌐ UNITED STATES DEPARTMENT of JUSTICE

MENU


# FOIA.gov

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 356311

# Success!

## Your FOIA request has been created and is being sent to the Office of Information Policy.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

### Contact the agency

FOIA Requester Service Center

202-514-3642

Valeree Villanueva, FOIA Public Liaison

202-514-3642

Douglas Hibbard, Chief, Initial Request Staff
441 G St, NW, 6th Floor
Washington, DC 20530

20

4/6/22, 8:03 AM                                    FOIA.gov - Freedom of Information Act: Create a request

# Request summary

Request submitted on **April 6, 2022**.

The confirmation ID for your request is **356311**.

The confirmation ID is only for identifying your request on
FOIA.gov and acts as a receipt to show that you submitted a
request using FOIA.gov. This number does not replace the
information you'll receive from the agency to track your
request. In case there is an issue submitting your request to
the agency you selected, you can use this number to help.

## Contact information

**Name**
Kristopher Dean Campbell

**Mailing address**
12729 Riverside Drive

Apt 311

Valley Village, California 91607

United States

**Phone number**
310-734-9745

**Email**
kriscampbell353@gmail.com

## Your request

A request is being made for the certified oath of office for Judge
Philip J. Gutierrez who presides over the United States District
Court, Central District of California (Western Division - Los
Angeles).

21

Case 2:22-mc-00148-UA    Document 2    Filed 08/15/22    Page 23 of 31    Page ID #:48
4/6/22, 8:03 AM Case 2:22-mc-00082-UA    Document 1    Filed 04/15/22    Page 16 of 17    Page ID #:16
FOIA.gov - Freedom of Information Act: Create a Request

# Fees

**What type of requester are you?**
other

**Fee waiver**
yes

**Fee waiver justification**
I am requesting a public record

**The amount of money you're willing to pay in fees, if any**
$5

# Request expedited processing

**Expedited processing**
no



CONTACT

Office of Information Policy (OIP)
U.S. Department of Justice
Washington, DC 20530

FOIA APPEAL CONTACT LIST
ACCESSIBILITY

22



UNITED STATES POSTAL SERVICE ∘
**REGISTERED MAIL** ™

RF 231 966 669 US

PSN 7690-03-000-9311

Label 200, August 2005

From:
~~Kristopher Dean~~
~~12729 Riverside Dr. Apt 311~~
~~Valley Village, CA [91607]~~

To:
Department of the Treasury
Internal Revenue Service
Frivolous Return Program — Stop 4450
Ogden, Utah. 84201-0059

**ReadyPost**∘

Document Mailer

23



United States Postal Service
**REGISTERED MAIL**™

RF 231 966 672 US

PSN 7690-00-000-9311

Label 200, August 2005

From:

~~Kristopher Dean~~
~~12729 Riverside Dr. Apt 311~~
~~Valley Village, CA 91607~~

To:

US Treasury — Janet Louise YELLEN
US Governor of the International Monetary Fund
1500 Pennsylvania Ave NW
City of Washington, District of Columbia  20220

**ReadyPost**.

D o c u m e n t   M a i l e r

24



**IRS** Department of the Treasury
Internal Revenue Service
Frivolous Return Prog., Stop 4450
OGDEN  UT  84201-0059

**ADDENDUM**

**KRISTOPHER DEAN CAMPBELL ESTATE**
**KRISTOPHER D CAMPBELL - FAMILY OF E**
**340 S LEMON AVE 9033**
**WALNUT  CA  91789-2706**

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
           1486900000

BODCD-

Use for payments
Letter Number: LTR3175C
Letter Date  : 2022-07-25
Tax Period   : 000000



KRISTOPHER DEAN CAMPBELL ESTATE
KRISTOPHER D CAMPBELL - FAMILY OF E
340 S LEMON AVE 9033
WALNUT  CA  91789-2706

INTERNAL REVENUE SERVICE
Frivolous Return Prog., Stop 4450
OGDEN  UT  84201-0059

JQ CAMP 00 2 000000 670 0000000000

25

**IRS** Internal Revenue Service

Frivolous Return Prog., Stop 4450
OGDEN   UT   84201-0059

In reply refer to:  1486900000
July 25, 2022  LTR 3175C    0
85-6238169    000000 00
Input Op:   1483324354 00021494
                    BODC: SB

KRISTOPHER DEAN CAMPBELL ESTATE
KRISTOPHER D CAMPBELL - FAMILY OF E
340 S LEMON AVE 9033
WALNUT   CA   91789-2706

Dear Taxpayer:

This is in reply to your correspondence received Aug. 06, 2020.

We have determined that the arguments you raised are frivolous and
have no basis in law. Federal courts have consistently ruled against
such arguments and imposed significant fines for taking such frivolous
positions.

If you persist in sending frivolous correspondence, we will not
continue to respond to it. Our lack of response does not convey
agreement or acceptance of the arguments stated. If you desire to
comply with the law concerning your tax liability, you are encouraged
to seek advice from a reputable tax practitioner or attorney.

The claims presented in your correspondence do not relieve you from
your legal responsibilities to file federal tax returns and pay taxes.
We urge you to honor those legal duties.

This letter advises you of the legal requirements for filing and
paying federal individual income tax returns and informs you of the
potential consequences of the position you have taken. Please observe
that the Internal Revenue Code (IRC) Sections listed below expressly
authorize IRS employees that act on behalf of the Secretary of the
Treasury to:

   1. examine taxpayer books, papers, records, or other data which may
      be relevant;

   2. issue summonses in order to gain possession of records so that
      determinations of tax liability can be made or for ascertaining
      the correctness of any return filed by  a person; and

   3. collect any such liability.

There are people who encourage others to violate our nation's tax laws
by arguing there is no legal requirement for them to file income tax
returns or pay income taxes. Their arguments are based on legal
statements taken out of context and on frivolous arguments that have
been repeatedly rejected by federal courts. People who rely on this
kind of information can ultimately pay more in tax, interest, and
penalties than they would have paid simply by filing correct tax

26

                                                    1486900000
                                    July 25, 2022  LTR 3175C    0
                                    85-6238169   000000 00
                                    Input Op:  1483324354 00021495

KRISTOPHER DEAN CAMPBELL ESTATE
KRISTOPHER D CAMPBELL - FAMILY OF E
340 S LEMON AVE 9033
WALNUT  CA  91789-2706


returns.

People who violate the tax laws may be subject to federal criminal
prosecution and imprisonment. For information about the IRS criminal
enforcement program visit www.irs.gov/ciprograms.

The IRS is working with the United States Department of Justice and
state taxing authorities to ensure all taxpayers pay their lawful
share of taxes and to seek criminal indictments or civil enforcement
actions against people who promote or join in abusive and fraudulent
tax schemes.

We encourage you to read the enclosed Publication 2105, Why do I Have
to Pay Taxes?, and "The Truth About Frivolous Tax Arguments," located
at www.irs.gov/frivolous.

Below is general information on filing requirements and authority to
collect tax under Title 26 of the United States Code.
    - Section 6001 Notice or regulations requiring records, statements,
      and special returns
    - Section 6011 General requirement of return, statement, or list
    - Section 6012 Persons required to make returns of income
    - Section 6109 Identifying numbers
    - Section 6151 Time and place for paying tax shown on return
    - Section 6301 Collection Authority
    - Section 6321 Lien for taxes
    - Section 6331 Levy and distraint
    - Section 7602 Examination of books and witnesses

IRC Section 6702(a) (Civil Penalty for Frivolous Tax Returns)
provides:

CIVIL PENALTY FOR FRIVOLOUS TAX RETURNS. A person shall pay a penalty
of $5,000 if -
    (1) such person files what purports to be a return of a tax imposed
        by this title but which -
        (A) does not contain information on which the substantial
            correctness of the self-assessment may be judged, or
        (B) contains information that on its face indicates that the
            self-assessment is substantially incorrect; and
    (2) the conduct referred to in paragraph (1) -
        (A) is based on a position which the Secretary has identified
            as frivolous under subsection (c), or
        (B) reflects a desire to delay or impede the administration of
            Federal tax laws.

27

```
                                           1486900000
                        July 25, 2022  LTR 3175C    0
                        85-6238169    000000 00
                        Input Op:   1483324354 00021496
```

KRISTOPHER DEAN CAMPBELL ESTATE
KRISTOPHER D CAMPBELL - FAMILY OF E
340 S LEMON AVE 9033
WALNUT  CA  91789-2706


IRC Section 6702(e) also provides:

PENALTIES IN ADDITION TO OTHER PENALTIES - The penalties imposed by
this section shall be in addition to any other penalty provided by
law.

FOIA requests for Treasury Department records MUST meet the following
criteria before Treasury can take action:

  - Be in writing and signed by the person making the request;
  - State that the request is being made pursuant to the FOIA;
  - Reasonably describe the records being requested;
  - State the category of the requester for fee purposes (e.g.
    commercial, media, educational, scientific institutions, all
    other); and
  - Be sent to the correct Central Processing Unit for processing.

Requests for IRS Policy and procedure agency documents that are not
already publicly available in the FOIA library should be sent to:

    Internal Revenue Service
    Central Processing Unit
    Stop 211
    PO Box 621506
    Atlanta, GA 30362-3006
    Fax: 877-807-9215

Requests for personal or business tax records should be sent to:

    Internal Revenue Service
    Central Processing Unit
    Stop 93A
    PO Box 621506
    Atlanta, GA 30362
    Fax: 877-891-6035

For additional information, view the IRS FOIA Guidelines at
www.irs.gov/foiaguidelines.

  - Contain an agreement to pay all fees that might be incurred;
  - Prove that the requester is entitled to receive the records;
  - Provide an address where the requester can be notified of the
    determination as to whether to grant the request;
  - State whether the requester wants a copy of the records or
    only wants to inspect the records.

28

```
                                              1486900000
                    July 25, 2022  LTR 3175C    0
                    85-6238169    000000 00
                    Input Op:  1483324354 00021497
```

KRISTOPHER DEAN CAMPBELL ESTATE
KRISTOPHER D CAMPBELL - FAMILY OF E
340 S LEMON AVE 9033
WALNUT CA  91789-2706


You can get any of the forms or publications mentioned in this letter
by visiting our website at www.irs.gov/forms-pubs or by calling
800-TAX-FORM (800-829-3676).

If you have questions, you can call 866-883-0235.

If you prefer, you can write to the address at the top of the first
page of this letter.

When you write, include a copy of this letter and the hours we can
reach you in the spaces below.

Your telephone number (___)_____  Hours _____

                              Sincerely yours,

                              Gardy Larochelle

                              Gardy Larochelle, Director
                              Return Integrity Verification Ops.

Enclosures:
Publication 1
Publication 2105

```
                                              1486900000
                        July 25, 2022  LTR 3175C   0
                        85-6238169   000000 00
                        Input Op:  1483324354 00021498
```

KRISTOPHER DEAN CAMPBELL ESTATE
KRISTOPHER D CAMPBELL - FAMILY OF E
340 S LEMON AVE 9033
WALNUT  CA  91789-2706

## PRIVACY ACT STATEMENT

Under the Privacy Act of 1974, we must tell you that our legal
right to ask for information is Internal Revenue Code sections 6001,
6011, 6012(a) and their regulations. They say that you must furnish
us with records or statements for any tax for which you are liable,
including the withholding of taxes by your employer.

We ask for information to carry out the Internal Revenue laws of
the United States, and you are required to give us this information.
We may give the information to the Department of Justice for civil
and criminal litigation, other federal agencies, states, cities, and
the District of Columbia for use in administering their tax laws.

If you don't provide this information, or provide fraudulent
information, the law provides that you may be charged penalties and,
in certain cases, you may be subject to criminal prosecution. We
may also have to disallow the exemptions, exclusions, credits,
deductions, or adjustments shown on the tax return. This could make
your tax higher or delay any refund. Interest may also be charged.

30